64, 680-02

April 3rd, 2015

Phillip Jackson #1189921
A.M. Stringfellow Unit
1200 FM 655
Rosharon, TX 77583

RECEIVED IN
COURT OF CRIMINAL APPEALS

APR 08 2015

Abel Acosta, Clerk

Abel Acosta, Clerk
Court of Criminal Appeals
Supreme Court Building
201 W. 14th St, Rm 106
Austin, TX 78711-2308

Re: Application for Habeus Corpus, Relief from Misdemeanor
Conviction, per C.Cr.P. 11.05

Dear Clerk of the Court:

I am writing you to obtain your application for the above referenced item as I do not know if the current 11.07 Application will be accepted.

Thank you for your assistance!

Sincerely:

Phillip Jackson

CC: File